JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Commercial Real Estate Solutions, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>Purdential Real Estate Affiliates, Inc.,<br><br>          Defendant(s). | SACV 09-0517-JVS(ANx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED:    April 30, 2010

_____
James V. Selna
United States District Judge